United States District Court
Southern District of Texas
**ENTERED**
June 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO LONGORIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-104 |
| | § | |
| GEO REENTRY, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT & RECOMMENDATION

In May 2023, Plaintiff Arturo Longoria filed this slip-and-fall lawsuit in a Texas state court against Defendants GEO Reentry, Inc. and GEO Reentry Services, L.L.C. (collectively "GEO"). GEO Reentry, Inc. removed the case based on diversity jurisdiction. (Notice of Removal, Doc. 1)

In January 2025, GEO filed a Motion for Summary Judgment (Doc. 40). After Longoria filed a timely Response (Doc. 45), GEO filed a Reply and objected to a post-accident "Safety Meeting" memo that Longoria submitted as summary judgment evidence. (Reply, Doc. 53; Motion to Exclude, Doc. 54)

A Magistrate Judge applied Texas law and recommends that the Court sustain GEO's objection to the "Safety Meeting" memo and grant GEO's Motion for Summary Judgment. (R&R, Doc. 57, 11–12)

No party filed objections to the Report and Recommendation, and the Court finds no clear error within it. *See* FED. R. CIV. P. 72(b), Advisory Comm. Note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 57). It is:

**ORDERED** that Defendants GEO Reentry, Inc. and GEO Reentry Services, L.L.C.'s Motion to Exclude Plaintiff Arturo Longoria's Summary Judgment Evidence (Doc. 54) is **GRANTED**[1];

**ORDERED** that Defendants GEO Reentry, Inc. and GEO Reentry Services, L.L.C.'s Motion for Summary Judgment (Doc. 40) is **GRANTED**; and

**ORDERED** that Plaintiff Arturo Longoria's causes of action are **DISMISSED WITH PREJUDICE**.

Signed on June 16, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge

---

[1] This ruling excludes the "Safety Meeting" memo from consideration as competent summary judgment evidence. The Court agrees with the Report and Recommendation, however, that the consideration of this document would not alter the decision. The document contains no evidence regarding GEO's knowledge of the alleged hazard before Longoria's fall, or how long the hazard had remained on the floor before the fall.